## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **CHAMBERS OF**<br>**JOSEPH H. RODRIGUEZ**<br>**SENIOR JUDGE** | **1 JOHN F. GERRY PLAZA**<br>**Fourth & Cooper Streets**<br>**P.O. BOX 886**<br>**CAMDEN, NJ  08101-0886**<br>Phone:  (856) 757-5002<br>Fax:     (856) 757-5077 |

**via cm/ecf**

September 16, 2010

Theresa Sweeney Corson, Esquire
Levy, Baldante, Finney, Rubenstein, Cohen & Chizmar, PC
100 High Street
Suite 101
Mt. Holly, NJ 08060

  Re: Hayes v. Tassakis, et al.
     Civil Action No. 10-4444

Dear Counsel:

  The Court has reviewed the complaint filed in the above captioned matter and has found it deficient in that it fails to properly plead the statutory requirement of diversity of citizenship. 28 U.S.C. § 1332;  Fed. R. Civ. P. 8(a)(1).  "[T]he legal representative of the estate of a decedent shall be deemed to be a citizen only of the same State as the decedent."  28 U.S.C. § 1332(c)(2).

  The Court hereby grants you leave to file an amended complaint properly pleading the statutory requirement of diversity of citizenship within twenty (20) days of the date of this letter.  Unless this deficiency is corrected within that time, your complaint will be automatically dismissed by the Court for lack of subject matter jurisdiction.  Fed. R. Civ. P. 12(h)(3).

  A copy of the amended complaint should be sent to my chambers.

           Very truly yours,

          ***/s/ Joseph H. Rodriguez***
           Joseph H. Rodriguez
            U.S.D.J.